LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
ELAINE CHANG (#293937)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160
E-mail:        info@glancylaw.com

*Attorneys for Plaintiff Rohan Kishtagari*
*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHAN KISHTAGARI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GERON CORPORATION, JOHN A. SCARLETT, and OLIVIA K. BLOOM,<br><br>Defendants. | Case No. 3:14-cv-01224-CRB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, RESET RELATED DEADLINES AND EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>[CIVIL L.R. 16-2, 7-12]<br><br>Current CMC Date: July 11, 2014<br>Time: 8:30 AM<br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rules 16-2 and 7-12, Plaintiff Rohan Kishtagari ("Kishtagari" or "Plaintiff") and defendants Geron Corporation ("Geron"), John A. Scarlett, and Olivia K. Bloom (collectively, "Defendants"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the complaint and rescheduling the Initial Case Management Conference currently set for July 11, 2014, pursuant to this Court's March 14, 2014 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. #6) (the "March 14, 2014 Order"), and to adjust accordingly the related deadlines set forth therein.

**RECITALS**

WHEREAS, on March 14, 2014, Plaintiff Kishtagari filed a putative class action complaint, captioned *Kishtagari v. Geron Corporation, et al.*, Case No. 14-cv-01224-CRB (the "*Kishtagari* Action"), against Defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on March 28, 2014, a similar putative class action complaint was filed in this Court asserting the same or substantially similar claims against Defendants, captioned *Beckmann v. Geron Corporation, et al.*, Case No. 14-cv-01424-LHK (the "*Beckmann* Action");

WHEREAS, on April 4, 2014, the parties filed an administrative motion to relate the *Kishtagari* Action and the *Beckmann* Action pursuant to Northern District of California Civil Local Rule 3-12(a) because these actions involve substantially the same parties and events and are class actions brought against the same Defendants under the federal securities laws;

WHEREAS, under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), when a putative class action alleging securities fraud is filed, a process must be followed whereby the plaintiff gives notice to the putative class, there is a sixty (60) day deadline for

motion(s) for appointment of lead plaintiff to be filed, and the Court appoints lead plaintiff(s) and approves the selection of lead counsel. 15 U.S.C. § 78u-4(a);

WHEREAS, on March 14, 2014, Plaintiff provided notice to the putative class (Dkt. #8), and the sixty day deadline to file motions for consolidation of the related actions, appointment of lead plaintiff and approval of selection of lead counsel and liaison counsel has not yet passed;

WHEREAS, Plaintiff anticipates that the actions will be consolidated and that the lead plaintiff will accordingly need to file a consolidated amended complaint;

WHEREAS, the March 14, 2014 Order directed the parties to meet and confer, and then complete initial disclosures on July 4, 2014;

WHEREAS, the parties believe that, in order to avoid the needless waste of the Court's and the parties' resources, it would be prudent to defer the initial case management conference and the completion of initial disclosures until a lead plaintiff has been appointed, the lead plaintiff's selection of lead counsel has been approved, the lead plaintiff has filed a consolidated amended complaint, Defendants have had the opportunity to file any motion to dismiss, and the Court has ruled on Defendants' anticipated motion to dismiss; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. Defendants need not answer, move or otherwise respond to the Complaint in this action or any related, subsequently filed actions transferred to this Court until a date to be set following the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B) and the filing by such lead plaintiff of a consolidated amended complaint.

2. Within twenty (20) days following the appointment of lead plaintiff and lead counsel, the parties will meet and confer and submit a schedule for the filing of a consolidated

amended complaint and the time to for Defendants' responses thereto.

3. The Initial Case Management Conference shall be held 30 days after an order directing Defendants to file an answer (if any), or as soon as possible thereafter consistent with the Court's schedule.

4. This Stipulation is entered into without prejudice to any party seeking any interim relief.

5. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

6. The Parties have not sought any other extensions of time in this action.

7. The Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

WHEREFORE, the Parties respectfully request that this Court issue an order granting the parties' request to reset the Initial Case Management Conference and related deadlines as set forth in the following [Proposed] Order.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: April 8, 2014                    **GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
Elaine Chang
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

|   |   |
|---|---|
|   | **LAW OFFICES OF HOWARD G. SMITH**<br>Howard G. Smith<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020<br>Telephone: (215) 638-4847<br>Facsimile: (215) 638-4867<br><br>*Attorneys for Plaintiff Rohan Kishtagari* |
| DATED: April 8, 2014 | **COOLEY LLP**<br><br>By: *s/ Ryan E. Blair*<br>Ryan E. Blair<br>rblair@cooley.com<br>4401 Eastgate Mall<br>San Diego, CA  92121<br>Telephone:  (858) 550-6000<br>Facsimile:  (858) 550-6420<br><br>**COOLEY LLP**<br>John C. Dwyer<br>dwyerjc@cooley.com<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA  94306-2155<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>*Attorneys for Defendants*<br>*Geron Corporation, John A. Scarlett and Olivia K. Bloom* |

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 14, 2014

_____
Hon. Charles R. Breyer
United States District Judge

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:14-CV-01224-CRB
4