1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  Five Palo Alto Square
   3000 El Camino Real
3  Palo Alto, CA  94306-2155
   Telephone:    (650) 843-5000
4  Facsimile:    (650) 849-7400

5  COOLEY LLP
   RYAN E. BLAIR (246724) (rblair@cooley.com)
6  4401 Eastgate Mall
   San Diego, CA  92121
7  Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420
8
   Attorneys for Defendants
9  Geron Corporation, John A. Scarlett and Olivia K. Bloom

10 [*Additional attorneys listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: GERON CORPORATION SECURITIES LITIGATION | Case No.:  14-cv-01224-CRB |
| | **CLASS ACTION** |
| | **STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR LEAD PLAINTIFF TO FILE CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSE THERETO** |
| This Document Relates To: All Cases | Judge:       Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE
14-CV-01224-CRB

1  Pursuant to Civil Local Rule 7-12, Lead Plaintiff Vinod Patel ("Lead Plaintiff") and
2  defendants Geron Corporation, John A. Scarlett, and Olivia K. Bloom ("Defendants," and
3  collective with Lead Plaintiff, the "Parties), hereby agree and stipulate to the following schedule
4  for the filing of Plaintiff's Consolidated Amended Complaint ("CAC") and Defendants' response
5  thereto.

6  WHEREAS, on March 14 and 28, 2014, two putative class action complaints were filed in
7  this District against Defendants for violations of Sections 10(b) and 20(a) of the Securities
8  Exchange Act of 1934;

9  WHEREAS, on April 14, 2014, the Court entered an Order relating the two putative class
10 actions and assigning the two putative class actions to this Court (Dkt. No. 14);

11 WHEREAS, on April 15, 2014, the Court entered an Order requiring the Parties to meet
12 and confer and to submit a schedule for the filing of the CAC and Defendants' responses thereto
13 within twenty (20) days following the appointment of Lead plaintiff and Lead Counsel (Dkt. No.
14 15);

15 WHEREAS, on June 30, 2014, the Court entered an Order consolidating the two putative
16 class actions under the caption *In re Geron Corporation Securities Litigation* and appointing
17 Vinod Patel as Lead Plaintiff and Faruqi & Faruqi, LLP as Lead Counsel for Lead Plaintiff and
18 the putative class (Dkt. No. 42);

19 WHEREAS, counsel for the Parties have met and conferred on a schedule for the filing of
20 the CAC and Defendants' responses thereto, and have taken into account the schedules of the
21 Parties and their counsel, as well as the holiday season, in so doing; and

22 NOW, THEREFORE, IT HEREBY STIPULATED AND AGREED by the Parties hereto,
23 through their undersigned counsel, as follows:

24  1.  Lead Plaintiff shall have until September 19, 2014 to file and serve his CAC.

25  2.  Defendants shall have until November 18, 2014 to file and serve their answer,
26 Motion to Dismiss, or other response to the CAC.

27  3.  Lead Plaintiff shall have until January 20, 2015 to file and serve his papers in
28 opposition to any Motion to Dismiss filed by Defendants.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND PROPOSED ORDER
RE BRIEFING SCHEDULE
14-CV-01224-CRB

4. Defendants shall have until February 18, 2015 to file and serve their reply briefs in connection with their Motion to Dismiss.

5. The Parties shall meet and confer on a hearing date for the Motion to Dismiss, subject to the Court's availability.

6. The Parties are not waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the Parties reserve the right to seek further extensions of time as circumstances may warrant, subject to the Court's approval.

IT IS SO STIPULATED.

Dated: July 18, 2014                     COOLEY LLP
                                         JOHN C. DWYER
                                         RYAN E. BLAIR


                                         */s/ Ryan E. Blair*
                                         Ryan E. Blair (246724)

                                         *Counsel for Defendants*
                                         *Geron Corporation, John A. Scarlett and Olivia K. Bloom*

Dated: July 18, 2014                     FARUQI & FARUQI LLP
                                         DAVID E. BOWER
                                         RICHARD W. GONNELLO
                                         MEGAN M. SULLIVAN


                                         */s/ Richard W. Gonnello*
                                         Richard W. Gonnello (*Pro Hac Vice*)

                                         *Counsel for Lead Plaintiff*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: July 18, 2014

COOLEY LLP
JOHN C. DWYER (136533)
RYAN E. BLAIR (246724)

*/s/ Ryan E. Blair*
Ryan E. Blair (246724)

*Counsel for Defendants*
*Geron Corporation, John A. Scarlett and Olivia K. Bloom*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __July 21__, 2014

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

108935557 v1