COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

COOLEY LLP
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants
Geron Corporation, John A. Scarlett, Olivia K. Bloom, and
Stephen M. Kelsey

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: GERON CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Cases | Case No.:  14-cv-01224-CRB<br><br>**STIPULATION AND  ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br><u>**CLASS ACTION**</u><br><br>Judge:         Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |

Pursuant to Civil Local Rules 6-2 and 7-12, lead plaintiff Vinod Patel ("Lead Plaintiff") and defendants Geron Corporation, John A. Scarlett, and Olivia K. Bloom (collectively "Defendants," and together with Lead Plaintiff, the "Parties"), hereby agree and stipulate to extend Defendants' deadline to file their reply in support of their Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint ("Motion to Dismiss") and to reschedule the Court's current hearing date for the Motion to Dismiss, subject to the Court's approval.

**WHEREAS**, on July 21, 2014 the Court approved the parties' stipulated briefing schedule, which called for Defendants' reply in support of the Motion to Dismiss ("Reply") to be filed on or before February 18, 2015 (Dkt. No. 44);

**WHEREAS**, due to recent developments, counsel for Defendants will be out of the country or out of the state on unavoidable work-related matters through February 16, 2015, and is therefore requesting a short, one-week extension to file the Reply;

**WHEREAS**, counsel for Defendants met and conferred with Lead Plaintiff's counsel on February 5 and February 9, 2015, and Lead Plaintiff's counsel has no objection to the short, one-week extension to file the Reply;

**WHEREAS**, the hearing date for the Motion to Dismiss is currently scheduled for March 6, 2015;

**WHEREAS**, the Parties have reviewed the Court's calendar, which now states that the Court is no longer available on March 6, 2015;

**WHEREAS**, counsel for the Parties are available on April 10, 2015 for the hearing on the Motion to Dismiss;

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED** by the Parties hereto, through their undersigned counsel, as follows:

1. Defendants shall have until February 25, 2015 to file and serve their Reply.

2. The hearing date for the Motion to Dismiss, currently scheduled for March 6, 2015, shall be rescheduled to April 10, 2015, subject to the Court's approval.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: February 9, 2015 | COOLEY LLP |
| 2 | | JOHN C. DWYER |
| | | RYAN E. BLAIR |
| 3 | | BRETT DE JARNETTE |

*/s/ Ryan E. Blair*
Ryan E. Blair (246724)

*Counsel for Defendants*
*Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey*

Dated: February 9, 2015    FARUQI & FARUQI LLP
DAVID E. BOWER
RICHARD W. GONNELLO
MEGAN M. SULLIVAN

*/s/ Richard W. Gonnello*
Richard W. Gonnello (*Pro Hac Vice*)

*Counsel for Lead Plaintiff Vinod Patel*

### ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: February 9, 2015    COOLEY LLP
JOHN C. DWYER (136533)
RYAN E. BLAIR (246724)

*/s/ Ryan E. Blair*
Ryan E. Blair (246724)

*Counsel for Defendants*
*Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey*

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

3   Dated: February 11, 2015

_____
THE HONORABLE CHARLES BREYER
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

113811667 v1