1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
   3175 Hanover Street
3  Palo Alto, CA  94304
   Telephone:    (650) 843-5000
4  Facsimile:    (650) 849-7400

5  COOLEY LLP
   RYAN E. BLAIR (246724) (rblair@cooley.com)
6  4401 Eastgate Mall
   San Diego, CA  92121
7  Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420

8
9  Attorneys for Defendants
   Geron Corporation, John A. Scarlett, Olivia K. Bloom, and
   Stephen M. Kelsey
10
   [Additional counsel listed on signature page]
11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14

15  In re: GERON CORPORATION              Case No.:  14-cv-01224-CRB
    SECURITIES LITIGATION
16                                        CLASS ACTION

17                                        STIPULATION AND ORDER TO EXTEND
                                          THE TIME WITHIN WHICH TO ANSWER
18                                        THE CONSOLIDATED  AMENDED CLASS
                                          ACTION COMPLAINT AND TO SET THE
19                                        INITIAL CASE MANAGEMENT
                                          CONFERENCE
20
                                          Judge:       Hon. Charles R. Breyer
21                                        Courtroom:   6, 17th Floor
    This Document Relates To: All Actions
22

23

24

25

26

27

28

Lead Plaintiff Vinod Patel ("Lead Plaintiff") and Defendants Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully stipulate and agree to extend the time within which to answer the Consolidated Amended Class Action Complaint ("CAC"), and respectfully request that the Court re-set the date for the Initial Case Management Conference in this case.  In support of this stipulation, the Parties state as follows:

**RECITALS**

WHEREAS, on September 10, 2014, Lead Plaintiff filed his CAC (Dkt. No. 45);

WHEREAS, Defendants filed their Motion to Dismiss the CAC ("Motion to Dismiss") on October 10, 2014 (Dkt No. 54);

WHEREAS, Lead Plaintiff filed his opposition to the Motion to Dismiss on January 20, 2015 (Dkt. No. 61);

WHEREAS, Defendants filed their reply in support of the Motion to Dismiss on February 25, 20145 (Dkt. No. 67);

WHEREAS, on April 10, 2015, the Court denied in part and granted in part the Motion to Dismiss as stated on the record in open court during the hearing on the Motion to Dismiss (Dkt. No. 73), and later issued a short order regarding the same on April 15, 2015 (Dkt. No. 75);

WHEREAS, Lead Plaintiff has informed Defendants that he does not intend to amend the CAC at this time but reserves his right to do so at a future date, and Defendants reserve their right to challenge any such future attempt to amend;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the deadline for Defendants to answer the CAC is on April 24, 2015;

WHEREAS, Civil Local Rule 6-1(a) provides that parties may stipulate in writing, without a Court order, to extend the time within which to answer the complaint;

WHEREAS, the Parties met and conferred and agree that, in the interests of the Parties and judicial economy, the Defendants should be permitted to answer the CAC on or before May 22, 2015;

/ / /

STIPULATION AND [PROPOSED] TO EXTEND TIME
TO ANSWER CAC AND TO SET INITIAL CMC
14-CV-01224-CRB

1    WHEREAS, the Court previously adjourned the Initial Case Management Conference in

2  this case in an order dated April 15, 2014 (Dkt. No. 15); and

3    WHEREAS, the Parties met and conferred and agree that, in the interests of the Parties

4  and judicial economy, the Initial Case Management Conference should be set for a date after the

5  filing of Defendants' answer to the CAC that is convenient for the Court.

6                                          **STIPULATION**

7    NOW, THEREFORE, the Parties stipulate as follows:

8    1.    Defendants are required to file their answer to the SAC on or before May 22, 2015.

9
10   2.    The Initial Case Management Conference shall be held 60 days after Defendants
   file their answer to the CAC, or as soon as possible thereafter on a date that is convenient for the
11   Court.

12   **IT IS SO STIPULATED.**

13                                      **FARUQI & FARUQI LLP**
14  DATED: April 22, 2015

15                          By: /s/ Richard W. Gonnello_____ _____
                            Richard W. Gonnello (admitted *pro hac vice*)
16                          Megan M. Sullivan (admitted *pro hac vice*)
                            Katherine M. Lenahan (admitted *pro hac vice*)
17                          369 Lexington Avenue, 10th Floor
18                          New York, NY 10017
                            Telephone: (212) 983-9330
19                          Facsimile: (212) 983-9331
                            Email: rgonnello@faruqilaw.com
20                                 msullivan@faruqilaw.com
21                                 klenahan@faruqilaw.com

22                          David E. Bower (119546)
                            10866 Wilshire Boulevard, Suite 1470
23                          Los Angeles, CA 90024
24                          Telephone: (424) 256-2884
                            Facsimile: (424) 256-2885
25                          Email: dbower@faruqilaw.com

26                          *Counsel for Lead Plaintiff Vinod Patel*

27

28

1

2   **COOLEY LLP**

DATED: April 22, 2015          By: /s/ Ryan E. Blair
3                                    John C. Dwyer
                                     Brett De Jarnette
4                                    3175 Hanover Street
                                     Palo Alto, CA  94304
5                                    Telephone: (650) 843-5000
                                     Facsimile: (650) 849-7400
6                                    Email: jdwyer@cooley.com

7

8                                    Ryan E. Blair
                                     4401 Eastgate Mall
9                                    San Diego, CA 92121-1909
                                     Telephone: (858) 550-6000
10                                   Facsimile: (858) 550-6420
                                     Email: rblair@cooley.com

11                                   *Counsel for Defendants*
                                     *Geron Corporation, John A. Scarlett, Olivia K.*
12                                   *Bloom, and Stephen M. Kelsey*

13              **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

14          In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

15  document has been obtained from the signatory.

16  Dated:  April 22, 2015          COOLEY LLP

17

18                                   /s/ Ryan E. Blair
                                     Ryan E. Blair (246724)
19                                   Counsel for Defendants
                                     Geron Corporation, John A. Scarlett, Olivia K.
20                                   Bloom, and Stephen M. Kelsey

21                              *        *        *

22                                   **ORDER**

23          PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  DATED:  April 23, 2015          _____
                                    Hon. Charles R. Breyer
26

27

28