Richard W. Gonnello (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
          msullivan@faruqilaw.com
          klenahan@faruqilaw.com

David E. Bower SBN 119546
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email:  dbower@faruqilaw.com

*Attorneys for Lead Plaintiff Vinod Patel*

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: GERON CORPORATION SECURITIES LITIGATION | CA No. 3:14-CV-01224 (CRB) <br><br> **STIPULATION AND ORDER REMOVING FROM CALENDAR INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Charles R. Breyer <br> Courtroom:  6, 17th Floor |
| This Document Relates To: <br><br> ALL ACTIONS | CONSOLIDATED CLASS ACTION |

**STIPULATION AND [PROPOSED] ORDER REMOVING FROM CALENDAR INITIAL CASE MANAGEMENT CONFERENCE
CV 14 01224 CRB**

1   Lead Plaintiff Vinod Patel ("Lead Plaintiff") and Defendants Geron Corporation, John A.
2   Scarlett, Olivia K. Bloom, and Stephen M. Kelsey (collectively "Defendants" and together with
3   Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:
4   WHEREAS, on April 23, 2015 the Court granted the Stipulation and Order to Extend the
5   Time Within Which to Answer the Consolidated Amended Class Action Complaint and to Set the
6   Initial Case Management Conference (ECF No. 79) and thereby ordered that the Initial Case
7   Management Conference shall be held 60 days after Defendants file their answer to the
8   Consolidated Amended Class Action Complaint ("CAC");
9   WHEREAS, on May 22, 2015 Defendants filed their answer to the CAC (ECF No. 81);
10   WHEREAS, the Court scheduled the Initial Case Management Conference to take place on
11   July 24, 2015 at 8:30 a.m.;
12   WHEREAS, the Parties have agreed to participate in a private mediation with Judge Layn
13   Phillips (Ret.), which has been scheduled for October 6, 2015, which was the earliest date available;
14   and
15   WHEREAS, the Parties have agreed to take the Initial Case Management Conference off
16   calendar during the pendency of mediation discussions, and will reset the conference if it becomes
17   necessary to do so.
18   WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that,
19   1.   The July 24, 2015 Initial Case Management Conference is removed from the Court's
20   calendar.

21   Dated:  June 26, 2015                **FARUQI & FARUQI, LLP**

22                                        By: */s/ Richard W. Gonnello*
                                              Richard W. Gonnello
23
                                          Richard W. Gonnello (admitted *pro hac vice*)
24                                        Megan M. Sullivan (admitted *pro hac vice*)
                                          Katherine M. Lenahan (admitted *pro hac vice*)
25                                        369 Lexington Avenue, 10th Floor
                                          New York, NY 10017
26                                        Telephone: 212-983-9330
                                          Facsimile: 212-983-9331
27                                        Email: rgonnello@faruqilaw.com
                                                   msullivan@faruqilaw.com
28                                                 klenahan@faruqilaw.com

1
**STIPULATION AND [PROPOSED] ORDER REMOVING FROM CALENDAR INITIAL CASE MANAGEMENT CONFERENCE**
**CV 14 01224 CRB**

|   |   |
|---|---|
| | David E. Bower SBN 119546 |
| | 10866 Wilshire Boulevard, Suite 1470 |
| | Los Angeles, CA 90024 |
| | Telephone: 424-256-2884 |
| | Facsimile: 424-256-2885 |
| | Email:  dbower@faruqilaw.com |

*Attorneys for Lead Plaintiff*

Dated: June 26, 2015            **COOLEY LLP**

By:  */s/ Ryan E. Blair*
John C. Dwyer
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jdwyer@cooley.com

Ryan E. Blair
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

*Attorneys for Defendants Geron Corporation,
John A. Scarlett, Olivia K. Bloom,
and Stephen M. Kelsey*

### ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:   June 26, 2015            **FARUQI & FARUQI, LLP**

*/s/ Richard W. Gonnello*
Richard W. Gonnello (*pro hac vice*)

*Attorneys for Lead Plaintiff*

### ORDER

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

Case management conference reset for October 23, 2015 at 8:30 a.m..

DATED:  June 29, 2015

Honorable Charles R. Breyer
United States District Judge

2
**STIPULATION AND [PROPOSED] ORDER REMOVING FROM CALENDAR INITIAL CASE MANAGEMENT CONFERENCE
CV 14 01224 CRB**