1  COOLEY LLP
   JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2  BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
   3175 Hanover Street
3  Palo Alto, CA  94304
   Telephone:     (650) 843-5000
4  Facsimile:     (650) 849-7400

5  COOLEY LLP
   RYAN E. BLAIR (246724) (rblair@cooley.com)
6  4401 Eastgate Mall
   San Diego, CA  92121
7  Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420

8
   Attorneys for Defendants
9  JOHN A. SCARLETT, DANIEL M. RADBURY,
   KARIN EASTHAM, V. BRYAN LAWLIS, HOYOUNG HUH,
10 SUSAN M. MOLINEAUX, ROBERT J. SPIEGEL, and
   Nominal Defendant GERON CORPORATION

11
   [*Additional counsel on signature page*]

12
                     UNITED STATES DISTRICT COURT

13
                   NORTHERN DISTRICT OF CALIFORNIA

14

15
   RICHARD DILAURA derivatively on          Case No.  4:15-cv-02989-CRB
16 behalf of GERON CORPORATION,

17              Plaintiff,
                                            STIPULATION AND ORDER REGARDING
18       v.                                 CONSOLIDATION AND STAY OF RELATED
                                            DERIVATIVE ACTIONS
19 JOHN A. SCARLETT, DANIEL M.
   BRADBURY, KARIN EASTHAM, V.
20 BRYAN LAWLIS, HOYOUNG HUH,
   SUSAN M. MOLINEAUX, ROBERT J.
21 SPIEGEL,

22              Defendants,

23       – and –

24 GERON CORPORATION,

25              Nominal Defendant.

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER RE
CONSOL. AND STAY OF DERIV. ACTIONS
CASE NO.  4:15-CV-02989-CRB

Plaintiff Richard DiLaura ("Plaintiff"), defendants John A. Scarlett, Daniel M. Radbury, Karin Eastham, V. Bryan Lawlis, Hoyoung Huh, Susan M. Molineaux, and Robert J. Spiegel (the "Individual Defendants"), and nominal defendant Geron Corporation ("Geron" or the "Company," and together with the Individual Defendants and Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on June 26, 2015, Plaintiff filed a derivative complaint, captioned *DiLaura v. Scarlett, et al.*, N.D. Cal. Case No. 3:15-cv-02989-DMR (the "*DiLaura* Action"), for breach of fiduciary duty and unjust enrichment, asserting claims derivatively on behalf of Geron against the Individual Defendants;

WHEREAS, on June 29, 2015, Adrianne Haddock filed a second derivative complaint, captioned *Haddock v. Scarlett, et al.*, N.D. Cal. Case No. 3:15-cv-03007-JCS (the "*Haddock* Action"), asserting claims identical to those in the *DiLaura* Action derivatively on behalf of Geron against the Individual Defendants;

WHEREAS, Plaintiff in the *DiLaura* Action and Ms. Haddock in the *Haddock* Action are represented by the same counsel;

WHEREAS, on August 11, 2015, the *DiLaura* Action and the *Haddock* Action were reassigned to this Court;

WHEREAS, a related shareholder derivative complaint, captioned *Oriente v. Scarlett, et al.*, Sup. Ct. Case No. CIV528121, was previously filed on April 21, 2014 and is pending before the Superior Court of the State of California, County of San Mateo (the "State Derivative Action");

WHEREAS two factually related federal securities class actions were filed in this Court against Geron and certain of the Individual Defendants and have been consolidated into one action captioned *In re Geron Corporation Securities Litigation*, N.D. Cal. Case No. 3:14-CV-01224-CRB (the "Federal Securities Class Action");

WHEREAS, the State Derivative Action has been stayed pending further developments in the Federal Securities Class Action;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER RE
CONSOL. AND STAY OF DERIV. ACTIONS
CASE NO. 4:15-CV-02989-CRB

WHEREAS, subsequent to (1) the Court's April 10, 2015 ruling on the motion to dismiss in the Federal Securities Class Action, and (2) Defendants' filing of a motion for leave to file a motion for reconsideration of the Court's ruling on the motion to dismiss ("Motion for Leave"), which remains pending, the parties in the Federal Securities Class Action have agreed to mediate the Federal Securities Class Action before the Honorable Layn Phillips on November 2, 2015 (the "Mediation");

WHEREAS the Parties have met and conferred concerning the most efficient manner in which to litigate the derivative claims brought on Geron's behalf;

WHEREAS the Parties agree that the interests of efficient and effective case management would best be served by consolidating the *DiLaura* Action and the *Haddock* Action and staying all proceedings and continuing all response dates in both actions for one hundred fifty (150) days to allow for further developments in the Federal Securities Class Action including, but not limited to, the Mediation and the Court's ruling on the Motion for Leave, and by sharing discovery generated in the Federal Securities Class Action, if any, with Plaintiff and Ms. Haddock;

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties, through their respective counsel of record, that:

1.      The *DiLaura* Action and the *Haddock* Action shall be consolidated in a single consolidated derivative action (the "Consolidated Federal Derivative Action"), and any subsequent shareholder derivative actions filed in or transferred to this Court that involve questions of law or fact similar to those contained in these actions shall be automatically consolidated with the Consolidated Federal Derivative Action and the instant Order shall apply.

2.      Plaintiff and Ms. Haddock shall be appointed Lead Plaintiffs in the Consolidated Federal Derivative Action and The Shuman Law Firm shall serve as Lead Counsel;

3.      The Consolidated Federal Derivative Action shall be stayed for one hundred fifty (150) days upon entry of the Order granting this stipulation.  Upon expiration of the stay, the Individual Defendants and/or Geron need not respond to the complaint or any amended complaint until a new response date is set and/or approved by the Court.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER RE
CONSOL. AND STAY OF DERIV. ACTIONS
CASE NO. 4:15-CV-02989-CRB

1    4.    Notwithstanding the stay, Lead Plaintiffs may file an amended complaint, but the

2    Individual Defendants and/or Geron need not answer, move or otherwise respond to any such

3    amended complaint during the pendency of the stay.

4    5.    Should discovery proceed in the Federal Securities Class Action, subject to entry

5    of an appropriate confidentiality protective order, the Individual Defendants and/or Geron will

6    provide Lead Plaintiffs, concurrently with any production (formal or informal) in the Federal

7    Securities Class Action: (i) copies of all documents and written responses to discovery requests

8    produced to the Federal Securities Class Action plaintiff in the form and manner in which such

9    documents are produced to plaintiffs in the Federal Securities Class Action; (ii) any written

10   agreements among the parties in the Federal Securities Class Action regarding the scope of

11   discovery; and (iii) transcripts of all depositions taken in the Federal Securities Class Action.

12   This stipulation is intended to facilitate coordination and to avoid, to the extent practicable,

13   duplicative discovery.

14   6.    Prior to a judicial determination that Lead Plaintiffs have adequately pleaded

15   demand futility under Delaware law and Federal Rule of Civil Procedure 23.1, the Parties agree

16   that, absent a court order, documents and information obtained pursuant to this stipulation shall

17   not be used to amend Lead Plaintiffs' complaint and shall be protected pursuant to Federal Rule

18   of Evidence 408.

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

STIPULATION AND [PROPOSED] ORDER RE
CONSOL. AND STAY OF DERIV. ACTIONS
CASE NO. 4:15-CV-02989-CRB

1      7.      The stay of this action may be lifted upon motion of any party or by stipulation of

2   the Parties, or as otherwise ordered by this Court.

3          IT IS SO STIPULATED.

4   Dated:  August 13, 2015                          COOLEY LLP
                                                     JOHN C. DWYER (136533)
5                                                    RYAN E. BLAIR (246724)
                                                     BRETT H. DE JARNETTE (292919)
6

7

8                                                    _____*/s/ Ryan E. Blair*_____
                                                     Ryan E. Blair (246724)

9                                                    Attorneys for Defendants JOHN A. SCARLETT,
                                                     DANIEL M. RADBURY, KARIN EASTHAM,
10                                                   V. BRYAN LAWLIS, HOYOUNG HUH,
                                                     SUSAN M. MOLINEAUX, ROBERT J.
11                                                   SPIEGEL, and Nominal Defendant GERON
                                                     CORPORATION
12

13  Dated:  August 13, 2015                          SPARER LAW GROUP
                                                     ALAN W. SPARER (No. 104921)
14                                                   MARC HABER (No. 192981)
                                                     100 Pine Street, 33rd Floor
15                                                   San Francisco, California 94111-5128
                                                     Telephone:   (415) 217-7300
16                                                   Facsimile:   (415) 217-7307
                                                     Email:       asparer@sparerlaw.com
17                                                                mhaber@sparerlaw.com

18                                                   THE SHUMAN LAW FIRM
                                                     KIP B. SHUMAN (No. 145842)
19                                                   885 Arapahoe Avenue
                                                     Boulder, CO 80302
20                                                   Telephone:   (303) 861-3003
                                                     Facsimile:   (303) 484-4886
21                                                   Email:       kip@shumanlawfirm.com

22

23                                                   _____*/s/ Kip B. Shuman*_____
                                                     Kip B. Shuman (145842)

24                                                   Attorneys for Plaintiffs RICHARD DILAURA and
                                                     ADRIANNE HADDOCK
25

26          IT IS SO ORDERED.

27  Dated:  August 14, 2015
                                                     _____
28                                                   Honorable Charles R. Breyer
                                                     United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.                                   STIPULATION AND [PROPOSED] ORDER RE
                                     CONSOL. AND STAY OF DERIV. ACTIONS
                                     CASE NO. 4:15-CV-02989-CRB