IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION<br>SECURITIES LITIGATION<br>_____ / | No. 3:14-cv-01224-CRB<br><br>**ORDER RE MOTION FOR RECONSIDERATION** |

The Court is in receipt of Defendants Geron Corporation, John Scarlett, Olivia Bloom, and Stephen Kelsey's Motion for Leave to File a Motion for Reconsideration (dkt. 80) of this Court's April 15, 2015 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint (dkt. 75). In the instant motion, Defendants ask the Court to reconsider its April 15, 2015 Order on the grounds that the Court failed to take into account particular facts and cases. As stated at the hearing, the Court reviewed all arguments that the parties filed in connection with Defendants' Motion to Dismiss the Consolidated Class Action Complaint (dkt. 54). See Mot. for Leave to File, Ex. B at 2. In granting in part and denying in part Defendants' Motion to Dismiss, the Court issued its ruling in open court and supplemented its explanation with an April 15, 2015 Order summarizing its reasoning. The Court has now reviewed its preparation for, and ruling in connection with, the Motion to Dismiss and confirmed that it did in fact consider all points reiterated by Defendants in their Motion for Reconsideration, which are encompassed within the Court's oral and written rulings. There being no "manifest failure by the Court to consider material facts or dispositive legal arguments that were presented to the Court before the order," see

//

Civil L.R. 7-9(b), Defendants' Motion for Reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: September 3, 2015



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE