| | |
|---|---|
| 1 | COOLEY LLP |
| | JOHN C. DWYER (136533) (dwyerjc@cooley.com) |
| 2 | BRETT DE JARNETTE (292919) (bdejarnette@cooley.com) |
| | 3175 Hanover Street |
| 3 | Palo Alto, CA  94304 |
| | Telephone:     (650) 843-5000 |
| 4 | Facsimile:     (650) 849-7400 |
| 5 | COOLEY LLP |
| | RYAN E. BLAIR (246724) (rblair@cooley.com) |
| 6 | 4401 Eastgate Mall |
| | San Diego, CA  92121 |
| 7 | Telephone:  (858) 550-6000 |
| | Facsimile:  (858) 550-6420 |
| 8 | |
| | Attorneys for Defendants |
| 9 | Geron Corporation, John A. Scarlett, Olivia K. Bloom, and |
| | Stephen M. Kelsey |
| 10 | |
| | [*Additional counsel listed on signature page*] |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: GERON CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: | Case No.: 14-cv-01224-CRB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REMOVING FROM CALENDAR THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Initial CMC Date: October 23, 2015<br>Time:  8:30 am<br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6, 17th Floor |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
REMOVING FROM CALENDAR THE INITIAL CMC
14-CV-01224-CRB

1  Lead Plaintiff Vinod Patel ("Lead Plaintiff") and Defendants Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey (collectively "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 23, 2015 the Court granted the Stipulation and Order to Extend the Time Within Which to Answer the Consolidated Amended Class Action Complaint and to Set the Initial Case Management Conference (ECF No. 79) and thereby ordered that the Initial Case Management Conference shall be held 60 days after Defendants file their answer to the Consolidated Amended Class Action Complaint ("CAC");

WHEREAS, on May 22, 2015, Defendants filed their answer to the CAC;

WHEREAS, the Court initially scheduled the Initial Case Management Conference to take place on July 24, 2015;

WHEREAS, on June 30, 2015, the Court entered an order continuing the Initial Case Management Conference to October 23, 2015 at 8:30 a.m.;

WHEREAS, the Parties have agreed to participate in a private mediation with Judge Layn Phillips (Ret.), which initially had been scheduled for October 6, 2015, which was the earliest date available;

WHEREAS, the Parties have been informed by Judge Phillips that he now has a conflict with the October 6, 2015 mediation date, and the mediation has now been rescheduled for November 2, 2015, which was the earliest date available; and

WHEREAS, the Parties have agreed to take the Initial Case Management Conference off calendar during the pendency of mediation discussions, and will reset the conference if it becomes necessary to do so.

/ / /
/ / /
/ / /
/ / /
/ / /

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.   STIPULATION AND [PROPOSED] ORDER
REMOVING FROM CALENDAR THE INITIAL CMC
14-CV-01224-CRB

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1. The October 23, 2015 Initial Case Management Conference is removed from the Court's calendar.

Dated: October 2, 2015         COOLEY LLP
                               JOHN C. DWYER (136533)
                               RYAN E. BLAIR (246724)
                               BRETT DE JARNETTE (292919)


                               */s/ Ryan E. Blair*
                               Ryan E. Blair (246724)

                               *Counsel for Defendants*
                               *Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey*

Dated: October 2, 2015         FARUQI & FARUQI, LLP
                               RICHARD W. GONNELLO (Admitted *Pro Hac Vice*)
                               MEGAN M. SULLIVAN (Admitted *Pro Hac Vice*)
                               KATHERINE M. LENAHAN (Admitted *Pro Hac Vice*)


                               */s/ Richard W. Gonnello*
                               Richard W. Gonnello

                               369 Lexington Avenue, 10th Floor
                               New York, NY 10017
                               Telephone:   (212) 983-9330
                               Facsimile:   (212) 983-9331
                               Email:       rgonnello@faruqilaw.com
                                            msullivan@faruqilaw.com
                                            klenahan@faruqilaw.com

                               DAVID E. BOWER (119546)
                               10866 Wilshire Boulevard, Suite 1470
                               Los Angeles, CA 90024
                               Telephone:   (424) 256-2884
                               Facsimile:   (424) 256-2885
                               Email:       dbower@faruqilaw.com

                               *Counsel for Lead Plaintiff*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER
REMOVING FROM CALENDAR THE INITIAL CMC
14-CV-01224-CRB

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: October 2, 2015          COOLEY LLP


*/s/ Ryan E. Blair*
Ryan E. Blair (246724)

*Counsel for Lead Plaintiff*


**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED. The Initial Case Management Conference currently reset for October 23, 2015 at 8:30 a.m. has been continued to November 13, 2015 at 8:30 a.m., supplemental case management statement due November 6, 2015.

Dated: October 6, 2015

Honorable Charles R. Breyer
United States District Judge

122149604 v1