COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:    (650) 843-5000
Facsimile:     (650) 849-7400

COOLEY LLP
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendants
Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: GERON CORPORATION SECURITIES LITIGATION | CA No. 3:14-CV-01224 (CRB) <br><br> **STIPULATION AND ORDER TO MODIFY CASE MANAGEMENT SCHEDULE** <br><br> Judge:  Hon. Charles R. Breyer <br> Courtroom:   6, 17th Floor |
| This Document Relates To: <br><br> ALL ACTIONS | <u>CONSOLIDATED CLASS ACTION</u> |

1  Lead Plaintiff Vinod Patel ("Lead Plaintiff") and Defendants Geron Corporation, John A.
2  Scarlett, Olivia K. Bloom, and Stephen M. Kelsey (collectively "Defendants" and together with
3  Lead Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:
4  WHEREAS, on November 6, 2015, the Parties filed their Joint Case Management Statement
5  and Order (the "Initial CMS") (ECF No. 94) proposing a litigation schedule and discovery plan for
6  this action;
7  WHEREAS, on November 13, 2015, the Court expressly adopted certain dates set forth in
8  the Initial CMS, and, although not reflected in the Minute Entry (ECF No. 95), presumably
9  approved the remaining dates set forth in the Initial CMS;
10 WHEREAS, on June 9, 2016, the Court entered an order modifying certain dates set forth in
11 the Initial CMS (ECF No. 101) (the "Modified Scheduling Order");
12 WHEREAS, the Parties engaged in informal, targeted discovery and attempted to resolve
13 the dispute amicably, but have been unable to do so to date;
14 WHEREAS, on July 8, 2016, Lead Plaintiff served discovery on Defendants, including
15 requests for the production of documents;
16 WHEREAS, Defendants intend to serve discovery on Lead Plaintiff, including requests for
17 the production of documents;
18 WHEREAS, the Parties have met and conferred and agreed to a new case management
19 schedule that would extend the time for the Parties to substantially complete their respective
20 document productions by approximately one month; and
21 WHEREAS, this one month extension for the Parties to substantially complete their
22 respective document productions would not alter any other dates set forth in the Modified
23 Scheduling Order;
24 WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that,
25 1.  The following amended case management schedule should be adopted and the dates
26 highlighted in the chart below should replace the dates set forth in the Modified Scheduling Order:
27
28

| EVENT | DATE |
|---|---|
| Exchange of initial disclosures | December 11, 2015 |
| Plaintiff to file class certification motion | August 12, 2016 |
| Deadline for substantial completion of document productions | *October 31, 2016* |
| Defendants to respond to Plaintiff's class certification motion | September 26, 2016 |
| Plaintiff's reply in support of class certification motion | November 7, 2016 |
| Hearing on Plaintiff's class certification motion | December 2, 2016, or on a date set by the Court |
| Fact discovery cut-off | February 24, 2017 |
| Last day to amend pleadings or add parties | March 10, 2017 |
| Deadline for Plaintiff to submit expert reports | April 7, 2017 |
| Deadline for Defendants to submit expert reports | May 8, 2017 |
| Deadline for Plaintiff to submit rebuttal expert reports, if any | June 7, 2017 |
| Expert discovery cut-off | June 23, 2017 |
| Defendants to file motion for summary judgment and/or summary adjudication | July 14, 2017 |
| Plaintiff's to respond to Defendants' motion for summary judgment and/or summary adjudication | August 28, 2017 |
| Defendants reply in support of Defendants' motion for summary judgment and/or summary adjudication | October 12, 2017 |
| Last day to conduct settlement conference | No later than 25 days after Court's ruling on all dispositive motions |
| Deadline to serve and file Rule 26(a)(3) disclosures | No later than 30 days after Court's ruling on all dispositive motions |
| Deadline to serve motions *in limine* | No later than 30 days after Court's ruling on all dispositive motions |
| Deadline to serve oppositions to motions *in limine* | No later than 60 days after Court's ruling on all dispositive motions |

| | |
|---|---|
| Deadline for the Parties to exchange copies of all exhibits, summaries, charts, and diagrams to be used at trial other than solely for impeachment | No later than 60 days after Court's ruling on all dispositive motions |
| Deadline to file joint proposed final pretrial order and other materials as set forth in the Court's "Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases" | No later than 73 days after Court's ruling on all dispositive motions |
| Pre-trial conference | No later than 80 days after Court's ruling on all dispositive motions |
| Trial to commence | No later than 90 days after Court's ruling on all dispositive motions |

Dated: July 28, 2016

**COOLEY LLP**

By:  */s/ Ryan E. Blair*
John C. Dwyer (136533)
Brett De Jarnette (292919)
3175 Hanover Street
Palo Alto, CA  94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jdwyer@cooley.com

Ryan E. Blair (246724)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

*Attorneys for Defendants Geron Corporation, John A. Scarlett, Olivia K. Bloom, and Stephen M. Kelsey*

Dated:  July 28, 2016

**FARUQI & FARUQI, LLP**

By:  */s/Richard W. Gonnello*
        Richard W. Gonnello

Richard W. Gonnello (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
Katherine M. Lenahan (admitted *pro hac vice*)
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
            msullivan@faruqilaw.com

3
**STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT SCHEDULE
CV 14 01224 CRB**

klenahan@faruqilaw.com

Barbara Rohr SBN 273353
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email:  brohr@faruqilaw.com

*Attorneys for Lead Plaintiff*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  July 28, 2016                                **FARUQI & FARUQI, LLP**

                                                                    */s/ Ryan E. Blair*
                                                                    Ryan E. Blair (246724)

                                                                    *Attorneys for Defendants*

                                        *     *     *

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

DATED:  July 29, 2016

                                                                    Honorable Charles R. Breyer
                                                                    United States District Judge